UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

JUDITH FONSECA
    Plaintiff

v.

BROOKS PHARMACY, INC., and
MC WOONSOCKET, INC.,
    Defendants

COMPLAINT and DEMAND
FOR TRIAL BY JURY

**04-11870 WGY**

MAGISTRATE JUDGE Alexander

### JURISDICTION

The plaintiff in this action is a resident of the Commonwealth of Massachusetts, while the defendants are foreign corporations. Jurisdiction is, therefore, based upon the diversity of citizenship between the plaintiff and the defendants under 28 U.S.C. 1332.

### COUNT I
### AS AGAINST BROOKS PHARMACY, INC., IN WARRANTY

1. The Plaintiff, JUDITH FONSECA, is a resident of Fall River, Bristol County, and Commonwealth of Massachusetts.

2. The Defendant, BROOKS PHARMACY, INC., is a foreign corporation organized under the laws of the state of Delaware with a principal place of business at 50 Service Avenue, Warwick, Rhode Island and with a registered agent in Massachusetts namely National Corporate Research, LTD, located at 18 Tremont Street, Suite 148, Boston, Massachusetts.

3. The defendant was, on August 27, 2001 and all dates relevant hereto, engaged in the ownership, operation and control of a pharmacy at 933 Pleasant Street, Fall River, Bristol County, Massachusetts, where it offered for sale prescription drugs for human consumption.

4. On or about August 27, 2001 while the plaintiff was a patron at defendant's pharmacy, she caused a drug prescription to be filled out at said pharmacy.

SAHADY ASSOCIATES, P.C.
COUNSELLORS AT LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

1

5.  The plaintiff ingested the drugs purchased from the defendant relying upon the defendant's express and implied warranties that the drugs she was ingesting were the drugs prescribed by her physician but, in fact, the drugs given to her by the defendant pharmacy and ingested by her according to the instructions printed by the defendant on the prescription bottle were not the drugs prescribed by her physician.

6.  Upon the plaintiff's ingestion of the drugs given to her by the pharmacy, and as a direct and proximate result of the defendant's breach of said warranties, the plaintiff became violently ill, was caused to expend money for medical care and attention, was caused to require emergency room admission, was caused to be incapacitated from earning her livelihood, was caused lasting and permanent injuries, was caused loss of enjoyment of life, and was caused great mental anguish and was caused to be otherwise greatly damaged.

WHEREFORE, the plaintiff demands judgment against the defendant, BROOKS PHARMACY, INC., in an amount to be determined by the Court plus interest and costs of this

## COUNT II
## AS AGAINST BROOKS PHARMACY, INC., IN NEGLIGENCE

1.  The Plaintiff, JUDITH FONSECA, is a resident of Fall River, Bristol County, and Commonwealth of Massachusetts.

2.  The Defendant, BROOKS PHARMACY, INC., is a foreign corporation organized under the laws of the state of Delaware with a principal place of business at 50 Service Avenue, Warwick, Rhode Island and with a registered agent in Massachusetts namely National Corporate Research, LTD, located at 18 Tremont Street, Suite 148, Boston, Massachusetts.

3.  The defendant was on August 27, 2001 and all dates relevant hereto was engaged in the ownership, operation and control of a pharmacy at 933 Pleasant Street, Fall River, Bristol County, Massachusetts, where it offered for sale prescription drugs for human consumption.

SAHADY ASSOCIATES, P.C.
COUNSELLORS AT LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

2

4. On or about August 27, 2001 while the plaintiff was a patron at defendant's pharmacy, she caused a drug prescription to be filled out at said pharmacy.

5. The defendant owed a duty to the plaintiff to exercise reasonable care in filling the plaintiff's prescription, in insuring that the medication provided to the plaintiff by the defendant was the same medication prescribed by her physician, in providing the plaintiff with the same instructions for ingesting the medication as those prescribed by her physician and, furthermore, the defendant owed a general duty to the plaintiff to exercise reasonable care under the circumstances so as to adequately and reasonably protect the plaintiff from foreseeable harm.

6. The plaintiff ingested the drugs purchased from the defendant relying upon the defendant's duty to exercise reasonable care in filling the prescription as the plaintiff's physician wrote it and in taking reasonable measures to ensure that the drugs she was ingesting were the drugs prescribed by her physician but, in fact, the drugs given to her by the defendant pharmacy and ingested by her in accordance with the instructions printed by the defendant on the prescription bottle were not the drugs prescribed by her physician.

7. Upon the plaintiff's ingestion of the drugs given to her by the pharmacy, and as a direct and proximate result of the defendant's breach of said warranties, the plaintiff became violently ill, was caused to expend money for medical care and attention, was caused to require emergency room admission, was caused to be incapacitated from earning her livelihood, was caused lasting and permanent injuries, was caused loss of enjoyment of life, and was caused great mental anguish and was caused to be otherwise greatly damaged.

8. The defendant breached its duty to exercise reasonable care in filling the plaintiff's prescription by negligently giving the wrong medication to the plaintiff and said negligence of the defendant was the direct and proximate cause of all the plaintiff's damages hereinabove and herein below mentioned.

9. As a direct and proximate result of the negligence of the defendant, and as a direct and proximate result of ingesting said drugs, the plaintiff became violently ill, was caused to

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

expend money for medical care and attention, was caused to require emergency room admission, was caused to be incapacitated from earning her livelihood, was caused lasting and permanent injuries, was caused loss of enjoyment of life, was caused great pain and anguish, and was caused to be otherwise greatly damaged.

WHEREFORE, the plaintiff demands judgment against the defendant, BROOKS PHARMACY, INC., in an amount to be determined by the Court plus interest and costs of this action.

## COUNT I
## AS AGAINST MC WOONSOCKET, INC., IN WARRANTY

1. The Plaintiff, JUDITH FONSECA, is a resident of Fall River, Bristol County, and Commonwealth of Massachusetts.

2. The Defendant, MC WOONSOCKET, INC., is a foreign corporation organized under the laws of the state of Rhode Island with a principal place of business at 50 Service Avenue, Warwick, Rhode Island and with a registered agent in Rhode Island namely Parasearch, Inc., 222 Jefferson Boulevard, Suite 200, Warwick, RI.

3. The defendant was on August 27, 2001 and all dates relevant hereto was engaged in the ownership, operation, and control of a pharmacy at 933 Pleasant Street, Fall River, Bristol County, Massachusetts, where it offered for sale prescription drugs for human consumption.

4. On or about August 27, 2001 while the plaintiff was a patron at defendant's pharmacy, she caused a drug prescription to be filled out at said pharmacy.

5. The plaintiff ingested the drugs purchased from the defendant relying upon the defendant's warranty that the drugs she was ingesting were the drugs prescribed by her physician but, in fact, the drugs given to her by the defendant pharmacy and ingested by her according to the instructions printed by the defendant on the prescription bottle, were not, in fact, the drugs prescribed by her physician.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

4

6. Upon the plaintiff's ingestion of the drugs given to her by the pharmacy, and as a direct and proximate result of ingesting said drugs, the plaintiff became violently ill, was caused to expend money for medical care and attention, was caused to require emergency room admission, was caused to be incapacitated from earning her livelihood, was caused lasting and permanent injuries, was caused loss of enjoyment of life, and was caused great mental anguish and was caused to be otherwise greatly damaged.

7. The plaintiff having at all times relied on the defendant's express and implied warranties that the drugs she was given by the defendant were the drugs prescribed by her physician, the plaintiff ingested said drugs and was caused to become violently ill, and was caused to expend money for medical care and attention and was caused to require emergency room admission and was caused to be incapacited from earning her livelihood and was caused lasting and permanent injuries and was caused great mental anguish and was caused to be otherwise greatly damaged.

WHEREFORE, the plaintiff demands judgment against the defendant, MC WOONSOCKET, INC., in an amount to be determined by the Court plus interest and costs of this action.

## COUNT II
### AS AGAINST MC WOONSOCKET, INC., IN NEGLIGENCE

1. The Plaintiff, JUDITH FONSECA, is a resident of Fall River, Bristol County, and Commonwealth of Massachusetts.

2. The Defendant, MC WOONSOCKET, INC., is a foreign corporation organized under the laws of the state of Rhode Island with a principal place of business at 50 Service Avenue, Warwick, Rhode Island and with a registered agent in Rhode Island namely Parasearch, Inc., 222 Jefferson Boulevard, Suite 200, Warwick, RI.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

5

3.  The defendant was on August 27, 2001 and all dates relevant hereto was engaged in the ownership, operation and control of a pharmacy at 933 Pleasant Street, Fall River, Bristol County, Massachusetts, where it offered for sale prescription drugs for human consumption.

4.  On or about August 27, 2001 while the plaintiff was a patron at defendant's pharmacy, she caused a drug prescription to be filled out at said pharmacy.

5.  The defendant owed a duty to the plaintiff to exercise reasonable care in filling the plaintiff's prescription, in insuring that the medication provided to the plaintiff by the defendant was the same medication prescribed by her physician, in providing the plaintiff with the same instructions for ingesting the medication as those prescribed by her physician and, furthermore, the defendant owed a general duty to the plaintiff to exercise reasonable care under the circumstances so as to adequately protect the plaintiff from foreseeable harm.

6.  The plaintiff ingested the drugs purchased from the defendant relying upon the defendant's duty to exercise reasonable care in filling the prescription as the plaintiff's physician wrote it and in taking reasonable measures to ensure that the drugs she was ingesting were the drugs prescribed by her physician but, in fact, the drugs given to her by the defendant pharmacy and ingested by her in accordance with the instructions printed by the defendant on the prescription bottle were not, in fact, the drugs prescribed by her physician.

7.  Upon the plaintiff's ingestion of the drugs given to her by the pharmacy, and as a direct and proximate result of ingesting said drugs, the plaintiff became violently ill, was caused to expend money for medical care and attention, was caused to require emergency room admission, was caused to be incapacitated from earning her livelihood, was caused lasting and permanent injuries, was caused loss of enjoyment of life, and was caused great mental anguish and was caused to be otherwise greatly damaged.

8.  The defendant breached its duty to exercise reasonable care in filling the plaintiff's prescription by negligently giving the wrong medication to the plaintiff and said

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

negligence of the defendant was the direct and proximate cause of all the plaintiff's damages hereinabove and herein below mentioned.

9. As a direct and proximate result of the negligence of the defendant, the plaintiff was caused to expend money for medical care and attention and was caused to require emergency room admission and was caused to be incapacited from earning her livelihood and was caused her lasting and permanent injuries and was caused great mental anguish and was caused to be otherwise greatly damaged.

WHEREFORE, the plaintiff demands judgment against the defendant, MC WOONSOCKET, INC., in an amount to be determined by the Court plus interest and costs of this action.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

By her attorney,

SAHADY ASSOCIATES, P.C.

John M. Sahady
399 North Main Street
Fall River, MA 02720
(508) 674-9444
BBO #437820

Dated: August 27, 2004

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Judith Fonseca__
   VS. __Brodes Pharmacy, Inc. and MC Woonsocket, INC.__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,       *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   X    III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   
   YES   (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   
   YES   (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   
   YES   (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   
   YES   (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   
   (YES)   NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
   
      (EASTERN DIVISION)   CENTRAL DIVISION   WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
   
      EASTERN DIVISION   CENTRAL DIVISION   WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __John M. Sahady__
ADDRESS __399 North Main Street, Fall River MA 02720__
TELEPHONE NO. __508-674-9444__

(Cover sheet local.wpd - 11/27/00)

%JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Judith Fonseca

## DEFENDANTS
Brooks Pharmacy, Inc.
50 Service Avenue, Warwick, RI

(b) County of Residence of First Listed Plaintiff __Bristol__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed __Rhode Island__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John M. Sahady, Esquire
399 North Main Street
Fall River, MA 02720

Attorneys (If Known)
04-11870 WGY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☑ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAXSUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE August 27, 2004
SIGNATURE OF ATTORNEY OF RECORD  /s/ John M. Sahady

FOR OFFICE USE ONLY
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

# SAHADY ASSOCIATES, P.C.
Counsellors at Law

Michael S. Sahady  
John M. Sahady  
Paul M. Sahady

399 North Main Street  
Fall River, MA 02720

Tel. 508-674-9444   Fax 508-674-8430

August 27, 2004

United States District Court  
John Joseph Moakley  
United States Courthouse  
1 Courthouse Way, Suite 2300  
Boston, MA 02210

**04-11870 WGY**

RE: JUDITH FONSECA  
VS: BROOKS PHARMACY, INC., and  
MC WOONSOCKET, INC.

Dear Sir or Madam:

With regard to the above-entitled matter, I am herewith enclosing the following documents for your filing with the court:

1. Complaint and Demand for Trial By Jury;
2. Civil Cover Sheets; and
3. Check in the amount of $150.00 for the filing fee.

Thank you for your kind cooperation.

Very truly yours,

SAHADY ASSOCIATES, P.C.

By _____  
John M. Sahady

JMS/sm

Enclosures

**HAND DELIVERED**