AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Judith Fonseca,

V.

Brooks Pharmacy, Inc., and
MC Qoonsocket, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-11870 WGY

TO: (Name and address of Defendant)

Parasearch, Inc.
Registered Agent for MC Woonsocket, Inc.
222 Jefferson Boulevard, Suite 200
Warwick, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Sahady, Esquire
SAHADY ASSOCIATES, P.C.
399 North Main Street
Fall River, MA 02720

an answer to the complaint which is served on you with this summons, within \_\_\_twenty\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                            8-27-04

CLERK

(By) DEPUTY CLERK

Tel. (401) 822-1763
Pager (401) 938-1980

Fax: (401) 823-1904
Cell: (401) 640-3721

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ADMINISTRATION



ANN M. CASTELLI
SHERIFF
KENT COUNTY SHERIFFS' DEPARTMENT
222 QUAKER LANE
WARWICK, RI 02386-0107

## OUT OF STATE PROOF OF SERVICE

I HEREBY CERTIFY THAT ON __3rd__ DAY OF __November__ 2004, AT __10:26__ (AM)/PM, I SERVED A COPY OF A __Summons + Complaint__ UPON THE DEFENDANT, __Brooks Pharmacy Inc__

IN THE FOLLOWING MANNER:

____ PERSONAL SERVICE, HANDS AND POSSESSION TO THE DEFENDANT.

____ BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF RESIDENCE WITH A PERSON OF SUITABLE AGE AND DISCREATION. NAME OF PERSON SERVED _____

__✓__ BY SERVING THE REGISTERED AGENT FOR SERVICE OF PROCESS. NAME OF AGENT __Para Search; Richard Damico/President__

____ BY SERVING AN OFFICER OF THE BUSINESS _____

____ BY TACK ON ORDER OR ALTERNATIVE SERVICE AS ORDERED BY THE COURT, TO THE DEFENDANTS DWELLING DOOR.

FEE: $60.00

__/s/ Paul Spera__
DEPUTY SHERIFF
RHODE ISLAND DIV. OF SHERIFFS

SWORN TO AND SUBSCRIBED BEFORE ME THIS __4__ DAY OF __Nov__ 2004
NOTARY PUBLIC __Ann Castelli__ TERM EXPIRES __12/14__