<div style="text-align:center">

# SAHADY ASSOCIATES, P.C.
Counsellors at Law

</div>

Michael S. Sahady  
John M. Sahady  
Paul M. Sahady

399 North Main Street  
Fall River, MA 02720

Tel. 508-674-9444   Fax 508-674-8430

December 9, 2004

Ms. Elizabeth F. Smith, Deputy Clerk  
UNITED STATES DISTRICT COURT  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210

**RE:   JUDITH FONSECA**  
**VS:   BROOKS PHARMACY, INC., and**  
       **MC WOONSOCKET, INC.**  
**C.A. NO.:   04-11870-WGY**

Dear Ms. Smith:

    This letter will confirm your telephone conversation with my office of this morning that the Scheduling Conference in the above-entitled matter presently scheduled for Monday, December 13th, 2004 has been rescheduled to Monday, January 3rd, 2005 at 2:00 p.m.

<div style="margin-left: 40%">

Respectfully submitted,

SAHADY ASSOCIATES, P.C.

By _____  
    John M. Sahady

</div>

JMS/sm

Cc: Michael R. DeLuca, Esquire