UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

JUDITH FONSECA

v.                                              C.A. NO: 04-11870-JLA

BROOKS PHARMACY, INC. and
MC WOONSOCKET, INC.

## DEFENDANTS' MOTION FOR ATTORNEY'S FEES

    Defendants move this Honorable Court for assessment of attorney's fees against Plaintiff and/or Attorney John Sahady as attorney of record for the Plaintiff. As grounds therefore, Attorney Sahady failed to appear at the duly noticed initial scheduling conference held before the Court on February 10, 2005 at 10:15 a.m. Counsel for Defendants did prepare and attend the scheduling conference. The Court continued the scheduling conference and directed Plaintiff's counsel to advise the Court why sanctions should not be imposed. The Court also permitted defense counsel to file a motion for attorney's fees.

    Filed along herewith is the Affidavit of Attorney Michael R. De Luca in support of Defendants' motion for attorney's fees.

    WHEREFORE, Defendants request that this motion for attorney's fees be granted.

Defendants,
By their Attorneys:

/s/ Michael R. De Luca
Michael R. De Luca, BBO # 639509
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

1

## CERTIFICATION

John M. Sahady, Esq.
Sahady Associates, PC
399 North Main Street
Fall River, MA  02720

    I hereby certify that a true copy of the within was served by mail upon counsel of record, as above, on the __14th__ day of February, 2005.

*Jennifer L Goff*