UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JUDITH FONSECA,**<br>　　　　　Plaintiff<br><br>V.<br><br>**BROOKS PHARMACY, INC., and**<br>**MC WOONSOCKET, INC.,**<br>　　　　　Defendant | CIVIL ACTION NO.: 04-11870 WGY |

## JOINT STATEMENT OF THE PARTIES

Pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the parties state that they have conferred with respect to their respective positions and a discovery plan, and state as follows:

I. **DISCOVERY PLAN:**

　　A. **Non-Expert Discovery:** The parties propose that non-expert discovery, including both written and deposition discovery, be completed on or before August 24, 2005 or (6) months from the date of the initial scheduling conference. Plaintiff intends to depose the individual or individuals employed by the Defendants with the most knowledge of the alleged incident that allegedly occurred on or about August 27, 2001, at the 933 Pleasant Street, Fall River, Massachusetts store and any witnesses or other individuals with information about the alleged incident.

　　B. **Expert Discovery:** Plaintiff and Defendant will make their expert disclosures and submit to each other their experts' reports on or before October 14, 2005.

1

II. **MOTION SCHEDULE:**

All dispositive motions shall be filed on or before December 14, 2005 (90) ninety days after the close of expert discovery.

III. **CERTIFICATIONS**

Certifications for each party shall be filed with the court.

IV. **ALTERNATIVE DISPUTE RESOLUTION:**

The parties have not considered the use of alternative dispute resolution programs.

Agreed to:

| | |
|---|---|
| BROOKS PHARMACY, INC., and MC WOONSOCKET, INC., | JUDITH FONSECA, |
| By Its Attorneys, | By Her Attorneys, |
| GIDLEY, SARLI & MARUSAK, LLP | SAHADY ASSOCIATES, P.C. |
| By /s/ Michael R. De Luca, Esquire<br>One Turks Head Place, Suite 900<br>Providence, RI 02903<br>(401) 274-6644 | By /s/ John M. Sahady, Esquire<br>399 North Main Street<br>Fall River, MA 02720<br>(508) 674-9444 |
| Dated: | Dated: February 22, 2005 |