# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH FONSECA,<br>              Plaintiff<br><br>V.<br><br>BROOKS PHARMACY, INC., and<br>MC WOONSOCKET, INC.,<br>              Defendants | CIVIL ACTION NO.: 04-11870 WGY |

### ASSENTED TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes Judith Fonseca, Plaintiff, through her attorney, and, pursuant to Federal Rule of Civil Procedure 19 and Local Rule 15.1, hereby moves this Honorable Court to allow amendment of the plaintiff's complaint so as to reflect the defendant's proper corporate name as follows:

1)     Maxi Drug, Inc., d/b/a Brooks Pharmacy with a usual place of business at

2)     Maxi Drug, Inc., d/b/a Brooks Pharmacy is a foreign corporation organized under the laws of the state of Delaware with a principal place of business at 50 Service Avenue, Warwick, Rhode Island and with a registered agent in Massachusetts namely National Corporation Research, LTD, located at 18 Tremont Street, Suite 148, Boston, Massachusetts.

As reasons therefor, the plaintiff states that, through discovery, the plaintiff has learned that the defendants' corporate name was incorrect.

WHEREFORE, the plaintiff, Judith Fonseca, respectfully requests that her motion to amend the complaint by correcting the defendants' name is allowed.

| | |
|---|---|
| Assented to:<br>By Its Attorneys,<br>GIDLEY, SARLI & MARUSAK, LLP<br><br>By_____<br>Michael R. De Luca, Esquire<br>One Turks Head Place, Ste.900<br>Providence, RI 02903<br>(401) 274-6644<br><br>Dated: February 22, 2005 | Respectfully submitted,<br>By Her Attorneys,<br>SAHADY ASSOCIATES, P.C.<br><br>By_____<br>John M. Sahady, Esquire<br>399 North Main Street<br>Fall River, MA 02720<br>(508) 674-9444<br>BBO# 564966 |

FILED
In Open Court
USDC, Mass.
Date 2/24/05
By _____

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

2/24/05    [signature], m.j. Allowed