UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDITH FONSECA
    Plaintiff
V.
                                        CIVIL NO. 04-11870 JLA
BROOKS PHARMACY, INC.
MC WOONSOCKET, INC.
    Defendant

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The parties in the above-entitled action having consented to the jurisdiction of the Magistrate Judge on **January 3, 2005**, it is hereby ORDERED that:

(1)    All non-Expert Discovery is to be concluded on or before **August 24, 2005**;

(2)    All Expert Discovery is to be concluded on or before **October 14, 2005**;

(3)    Certifications for each party shall be filed with the Court;

(4)    A further status conference shall be held at **4:00 PM** on **June 14, 2005**.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **Further Status Conference** is scheduled at **4:00 PM** on **June 14, 2005,** Courtroom 24, 7th floor.

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
By the Court:

/S/ Rex Brown
Courtroom Clerk

3/24/05
Date