UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDITH FONSECA

v.                                              C.A. NO: 04-11870 WGY

MAXI DRUG, INC. d/b/a
BROOKS PHARMACY

### DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DOCUMENT PRODUCTION

Defendant, in the above-entitled action and pursuant to Fed. R. Civ. P. 37 and Local Rules 7.1 and 37.1, hereby requests that this Honorable Court order Plaintiff to provide responses to requests for production of documents, which were propounded to Plaintiff on November 12, 2004. As of the filing of this motion, Plaintiff has failed to respond. Defendant requests a twenty (20) day Order.

**WHEREFORE**, Defendant's motion should be granted.

>                     Defendant
>                     Maxi Drug, Inc. d/b/a Brooks Pharmacy
>                     By its Attorneys:
>
>                     _____
>                     Michael R. De Luca, BBO # 639509
>                     Gidley, Sarli & Marusak, LLP
>                     One Turks Head Place, Suite 900
>                     Providence, RI 02903
>                     Tel: (401) 274-6644
>                     Fax: (401) 331-9304

I, Michael R. DeLuca, hereby certify that the provisions of Local Rule 37.1(B) have been complied with regarding this motion.

## CERTIFICATION

John M. Sahady, Esq.
Sahady Associates, PC
399 North Main Street
Fall River, MA  02720

I hereby certify that a true copy of the within was served by mail *and facsimile* upon counsel of record, as above, on the _14th_ day of _June_, 2005.

_Alice Carpenter_