# SAHADY ASSOCIATES, P.C.

## Counsellors at Law

Michael S. Sahady
John M. Sahady
Paul M. Sahady

399 North Main Street
Fall River, MA 02720

Tel. 508-674-9444   Fax 508-674-8430

December 23, 2005

Jarrett Lovett, Courtroom Clerk
To the Honorable Joyce London Alexander
U.S. District Court, District of MA
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**RE:  JUDITH FONSECA**
**VS:  MAXI DRUG, INC., d/b/a BROOKS PHARMACY**
**NO:  04/11870 WGY**

Dear Sir:

Per your telephone conversation with my secretary, Sandy, of today, this letter will confirm that the above-entitled matter is hereby settled. The Release is in the process of being signed by the plaintiff's husband. Mrs. Fonseca's husband has been hospitalized since Wednesday, December 21st, and is not expected to be discharged until some time this weekend. Upon receipt of Mrs. Fonseca's executed Release, I will immediately forward the Stipulation of Dismissal with the Honorable Court. Therefore, please remove said matter from the hearing list on December 28th, 2005 at 10:00 a.m.

Respectfully submitted,

SAHADY ASSOCIATES, P.C.

By
John M. Sahady

JMS/sm

Cc: Michael R. De Luca, Esquire