# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JUDITH FONSECA
        Plaintiff

V.

BROOKS PHARMACY, INC.
        Defendant

CIVIL ACTION

NO.  04-CV-11870-JLA

## SETTLEMENT ORDER OF DISMISSAL

ALEXANDER   M. J.

The Court having been advised on _____12/27/05_____ that the above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

1/13/06
Date

/S/ Jarrett Lovett
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)