UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDITH FONSECA

v.                                                C.A. NO: 04-11870 WGY

MAXI DRUG, INC. d/b/a
BROOKS PHARMACY

## DISMISSAL STIPULATION

This matter is hereby dismissed with prejudice, no costs, no interest.

Plaintiff,
Judith Fonseca,
By her Attorneys:

*/s/ John M. Sahady*
John M. Sahady, Esq.
Sahady Associates, PC
399 North Main Street
Fall River, MA  02720

Defendant
Maxi Drug, Inc. d/b/a Brooks Pharmacy
By its Attorneys:

*/s/ Michael R. De Luca*
Michael R. De Luca, BBO # 639509
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI  02903
Tel:  (401) 274-6644

DATED: Jan. 5, 2006